IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TITAN DREDGE & FILL, LLC and BRADLEY HEMME,<br><br>Defendants. | 8:23CV520<br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

This case was filed on November 20, 2023. Filing No. 1. Plaintiff moved for Clerk's Entry of Default as to Defendants Titan Dredge & Fill, LLC, and Bradley Hemme. Filing No. 12. Clerk's Entry of Default against said defendants was entered on January 3, 2024. Filing No. 13. Plaintiff has not taken any further action on this case.

Plaintiff has a duty to prosecute the case with reasonable diligence and advance the case in accordance with the applicable rules and/or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until March 5, 2024, to show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 20th day of February, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge